1  Jeanne L. Zimmer (SBN: 123321)
2  ZimmerJ@cmtlaw.com
   J. Grace Felipe (SBN: 190893)
3  FelipeG@cmtlaw.com
4  Carlson & Messer LLP
   5959 W. Century Blvd., Suite 1214
5  Los Angeles, CA 90045
6  Telephone: (310) 242-2219

7  Attorneys for Defendant,
   FINANCIAL ASSET MANAGEMENT
8  SYSTEMS, INC.

9

10                 **UNITED STATES DISTRICT COURT**

11                 **SOUTHERN DISTRICT OF CALIFORNIA**

12

| RENEE GOGGANS, an individual | ) ) ) | Case No. 3:16-CV-01502-H-JMA |
|---|---|---|
| Plaintiff, | ) ) ) | **JOINT MOTION TO DISMISS** |
| vs. | ) ) | |
| FINANCIAL ASSET MANAGEMENT SYSTEM, INC., a corporation | ) ) ) ) | |
| Defendant. | ) | |

Pursuant to *Federal Rule of Civil Procedure* 41(a)(1)(A)(ii) and Local Rule 7.2, Plaintiff RENEE GOGGANS and Defendant FINANCIAL ASSET MANAGEMENT SYSTEM, INC. jointly move the Court to dismiss the entire case with prejudice.  Each party shall bear her/its own attorney's fees, expenses and costs.

///

///

///

| | | |
|---|---|---|
| 1 | Dated:  August 11, 2016 | ANKCORN LAW FIRM, PC |
| 2 | | By: */s/ Mark Ankcorn* |
| 3 | | Attorneys for Plaintiff RENEE GOGGANS |
| 4 | | |
| 5 | Dated:  August 11, 2016 | CARLSON & MESSER LLP |
| 6 | | By: */s/ J. Grace Felipe* |
| 7 | | Jeanne L. Zimmer |
| | | J. Grace Felipe |
| 8 | | Attorneys for Defendant |
| | | FINANCIAL ASSET |
| 9 | | MANAGEMENT, INC. |

.

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Mark Ankcorn, counsel for Plaintiff, RENEE GOGGANS, and that I have obtained Mr. Ankcorn's authorization to affix his electronic signature to this document.

*/s/ J. Grace Felipe*
J. Grace Felipe