# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE GOGGANS, an individual,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>FINANCIAL ASSET MANAGEMENT SYSTEM, INC., a corporation,<br><br>　　　　　　　　　　Defendant. | CASE NO. 15-cv-1502-H-JMA<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>[Doc. No. 27] |

On August 11, 2016, the parties filed a joint motion to dismiss this action with prejudice, with each party to bear its own fees and costs. (Doc. No. 27.) Under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. In light of the parties' agreement, the Court dismisses this action with prejudice and directs the Clerk of Court to close the file.

**IT IS SO ORDERED.**

DATED: August 15, 2016

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT